1  Jonathan H. Siegel  #78143
   Daria Dimitroff #191588
2  SIEGEL & LEWITTER
   1939 Harrison Street, Suite 307
3  Oakland, California  94612
   (510) 452-5000
4  (510) 452-5004 (fax)
   jsiegel@sl-employmentlaw.com
5  ddimitroff@sl-employmentlaw.com

6  Attorneys for Defendant

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 GLEN ELLEN CAPITAL COMPANY, INC.,  )  Case No.  CV 08-3824 WHA
   a California Corporation, doing business as )
12 COWBOY HIDEAWAY,                    )  DEFENDANT'S NOTICE OF MOTION
                                        )  AND MOTION TO TRANSFER VENUE
13                    Plaintiff,        )  TO THE SOUTHERN DISTRICT OF
                                        )  NEW YORK
14         v.                           )
                                        )  Date:     September 25, 2008
15 CROSS COUNTRY INTERNATIONAL         )  Time:     8:00 a.m.
   CORP., doing business as EQUESTRIAN  )  Location: Courtroom 9, 19th Floor
16 VACATIONS, and Does 1 through 50,    )  Judge:    Honorable William Alsup
   inclusive,                           )
17                                      )
                      Defendants.       )
18 _____ )

19

20         To Plaintiff and its Attorneys of Record:

21         NOTICE IS HEREBY GIVEN THAT on September 25, 2008 at 8:00 a.m., or as soon

22 thereafter as the matter can be heard, in the above entitled Court located at 450 Golden Gate

23 Avenue, San Francisco, California 94102 in the courtroom of Judge William Alsup,

24 Courtroom 9, 19th Floor, pursuant to 28 U.S.C. § 1404(a), Defendant Cross Country

25 International, Corp. will and hereby does move to Transfer Venue to the Southern District of

26 New York for Case No. CV 08-3824 WHA.  This case was originally filed in the Superior Court

27 of California, Lake County as Case No. CV405753, and removed to United States District Court,

28

*Siegel &
LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA  94612
(510) 452-5000
(510) 452-5004 (fax)*

Northern District of California on August 11, 2008. Said action was styled *Glen Ellen Capital Company, Inc. v. Cross Country International, Corp.*, Case No. CV405753 and is now numbered Case No. CV 08-3824 WHA in the United States District Court, Northern District of California.

Section 1404(a) states that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division in which it may have been brought." 28 U.S.C. § 1404(a). This motion is brought on the grounds that, *inter alia*, a transfer of venue to the Southern District of New York is more convenient because all of the claims concern a contract that was drafted in the State of New York, funds that are held in bank accounts in the State of New York, or they concern alleged tortious conduct by Defendant, which occurred in the State of New York.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Affidavit of Stacey Adams filed herewith as Exhibit 1 attached to the Memorandum of Points and Authorities, all pleadings and papers on file herein, and upon such other matters as they may be presented to the Court at the time of the hearing.

DATED: August 18, 2008

SIEGEL & LEWITTER

By: *[signature]*
Jonathan H. Siegel
Daria Dimitroff

Attorneys for Defendant

*Siegel & LeWitter*
1939 Harrison Street
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)