IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ELLEN CAPITAL COMPANY INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CROSS COUNTRY INTERNATIONAL,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 08-03824 WHA<br><br>**ORDER STAYING CASE AND SCHEDULING HEARING** |

　　　Due to the bankruptcy of defendant, the case is stayed. A further case management conference is set for **December 10, 2009 at 11:00 a.m.**. Counsel shall submit a joint case management conference statement not to exceed ten pages, not less than seven days prior.

　　　**IT IS SO ORDERED.**

Dated: June 25, 2009

　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE