IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLEN ELLEN CAPITAL COMPANY INC., a California corporation, doing business as COWBOY HIDEAWAY,

Plaintiff,

v.

CROSS COUNTRY INTERNATIONAL CORP., doing business as EQUESTRIAN VACATIONS, and DOES 1 through 50, inclusive,

Defendants.
                                                          /

No. C 08-03824 WHA

**ORDER TO SHOW CAUSE**

Attorney Daria Dimitroff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to appear at the case management conference noticed for December 10, 2009, at 11:00 a.m. The show-cause hearing shall be held on **JANUARY 7, 2010, AT 2:00 P.M.** in Courtroom 9 of the federal building, located at 450 Golden Gate Avenue, San Francisco, California. By **NOON ON JANUARY 4, 2010**, Attorney Dimitroff and/or plaintiff must file a declaration explaining any circumstances that would show cause.

**IT IS SO ORDERED.**

Dated: December 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE