IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ELLEN CAPITAL COMPANY INC., a California corporation, doing business as COWBOY HIDEAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CROSS COUNTRY INTERNATIONAL CORP., doing business as EQUESTRIAN VACATIONS, and DOES 1 through 50, inclusive,<br><br>Defendants. / | No. C 08-03824 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Due to the bankruptcy of defendant, this case is stayed. A case management conference is **SET** for **SEPTEMBER 16, 2010, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: January 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE