**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLEN ELLEN CAPITAL COMPANY INC., a California corporation, doing business as COWBOY HIDEAWAY,

    Plaintiff,

  v.

CROSS COUNTRY INTERNATIONAL CORP., doing business as EQUESTRIAN VACATIONS, and DOES 1 through 50, inclusive,

    Defendants.
                                   /

No. C 08-03824 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Due to the bankruptcy of defendant, this case is stayed. A case management conference is **SET** for **SEPTEMBER 16, 2010, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: January 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE