IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ELLEN CAPITAL COMPANY INC., a California corporation, doing business as COWBOY HIDEAWAY,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSS COUNTRY INTERNATIONAL CORP., doing business as EQUESTRIAN VACATIONS, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                          / | No. C 08-03824 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is stayed due to defendant's bankruptcy proceedings in the Southern District of New York. The Court **CONTINUES** the case management conference to **DECEMBER 16, 2010, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: September 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE