Jonathan H. Siegel   #78143
Daria Dimitroff #191588
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jsiegel@sl-employmentlaw.com
ddimitroff@sl-employmentlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN ELLEN CAPITAL COMPANY, INC., a California Corporation, doing business as COWBOY HIDEAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CROSS COUNTRY INTERNATIONAL CORP., doing business as EQUESTRIAN VACATIONS, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 08-3824 WHA<br><br>**JOINT CASE MANGEMENT STATEMENT**: ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br>Date:  December 16, 2010<br>Time:  11:00 a.m.<br>Dept:  Courtroom 9, 19th Floor<br>Judge:  Honorable William Alsup |

Defendant Cross Country International filed a voluntary petition for bankruptcy in United States Bankruptcy Court, Southern District of New York in November 2008.  That bankruptcy matter is presently still pending and the defendant debtor has not been discharged.  In an order after a hearing in front of the Honorable William Alsup on January 7, 2010, this Court ordered this case stayed due to bankruptcy and the stay remains in effect.  The parties therefore jointly request and the Case Management Conference currently scheduled for December 16, 2010 at 11:00 a.m. be continued, and that the matter be continued for as long as the bankruptcy proceeding is pending.

///

| | |
|---|---|
| DATED: December 9, 2010 | SIEGEL & LEWITTER |
| | By:    /s/ Daria Dimitroff<br>Jonathan H. Siegel<br>Daria Dimitroff |
| | Attorneys for Defendant |
| DATED: December 9, 2010 | LAW OFFICES OF DANIEL RAY BACON |
| | By:    /s/ Daniel Ray Bacon<br>Daniel Ray Bacon |
| | Attorney for Plaintiff |

ORDER

The case management conference is continued to March 10, 2011, at 11:00 a.m.  Please file a joint case management statement at least seven days prior.

Dated:  December 15, 2010.

*IT IS SO ORDERED*
Judge William Alsup

*Siegel & LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA 94612*
*510-452-5000*
*510-452-5004 (fax)*