IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLEN ELLEN CAPITAL COMPANY INC., a California corporation, doing business as COWBOY HIDEAWAY,

    Plaintiff,

  v.

CROSS COUNTRY INTERNATIONAL CORP., doing business as EQUESTRIAN VACATIONS, and DOES 1 through 50, inclusive,

    Defendants.
                                      /

No. C 08-03824 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **CONTINUES** the case management conference to **JUNE 2, 2011, AT 3:00 P.M.** Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: March 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE